**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF GEORGIA**

**SAVANNAH DIVISION**

| | | |
|---|---|---|
| WILLIAM TORREY JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV410-268 |
| | ) | |
| TONY MITCHNER, CHRISTOPHER REED, and LIBERTY COUNTY SHERIFF'S DEPARTMENT, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

On December 2, 2010, the Court ordered civil rights plaintiff William Torrey Johnson to show cause within fourteen days why his case should not be dismissed for lying on his *in forma pauperis* application. (Doc. 6.) More than a month has passed and he still has not responded to the order. Having abandoned his case, it should be **DISMISSED**. S.D. Ga. LR 41.1 ("the assigned Judge may, after notice to counsel of record, sua sponte, or on motion of any party, dismiss any action for want of prosecution, with or without prejudice" for "[w]illful disobedience or neglect of any order of Court" or for "[a]ny other failure

to prosecute a civil action with reasonable promptness"); *see also Collins v. Lake Helen*, L.P., 249 F. App'x 116, 120 (11th Cir. 2007) (citing *Link v. Wabash Railroad Co.*, 370 U.S. 626, 629-30 (1962)); *Mingo v. Sugar Cane Growers Co-op. of Fla.*, 864 F.2d 101, 102 (11th Cir.1989).

**SO REPORTED AND RECOMMENDED** this  20th  day of January, 2011.

/s/ *signature*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA