FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2011 MAR -2 AM 10: 27
CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| WILLIAM TORREY JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV410-268 |
| ) | |
| TONY MITCHNER, CHRISTOPHER ) | |
| REED, and LIBERTY COUNTY ) | |
| SHERIFF'S DEPARTMENT, ) | |
| ) | |
| Defendants. ) | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 2ND day of MARCH, 2011.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA